AO 91 ( Rev. 5/85) Criminal Complaint

**FILED**

# United States District Court

JUL 0 1 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Western DISTRICT of Texas

United States of America
V.

Claudia Paloma Berrones Davila

(Name of Defendant)

**Criminal Complaint**
Case Number: DR19- M-6205-00

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>June 29, 2019</u>, in Maverick County, in the <u>Western District of Texas,</u> the defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make false, fictitious, or fraudulent statements or representations to United States Customs and Border Protection Officers.

in violation of Title __18__ United States Code, Section(s) __1001__.

I further state that I am a(n) <u>Customs & Border Protection Enforcement Officer</u> and that this complaint is based on the following facts:

On June 29, 2019, at the Eagle Pass International Bridge in Eagle Pass, Texas, the defendant, Claudia Paloma Berrones Davila, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts to Customs and Border Protection Officers as she attempted to enter the United States by presenting herself as a citizen of the United States, and then presented a Texas birth certificate bearing the name of Perla Arrendondo to substantiate her claim. The defendant made false statements to Customs and Border Protection Officers about her identity and place of birth. She was later identified as a citizen and resident of Mexico, who does not own or possess any legal documents to enter, reside, or remain in the United States.

Continued on the attached sheet and made a part hereof: ___ Yes _XX_ No

Ethelvina I. Felan          CBPOE
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 1, 2019                              at          Del Rio, Texas
Date                                                    City and State

Collis White U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer